IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| YURY ARMANDO CABREJA PENA, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-424-CDL-CHW |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 18th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk